# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Granite Re, Inc., Pate Bonding, Inc., Jonathan Pete, Waisada Espe, and Tom Lahl, ) ) ) ) | |
| Plaintiffs, ) ) | **ORDER FOR SETTLEMENT CONFERENCE** |
| vs. ) ) | |
| Darrel Gustafson d/b/a Gustafson Oil and Propane and Turtle Mountain Tribal Court, ) ) ) | |
| Defendants. ) | Case No. 4:08-cv-013 |

**IT IS ORDERED:**

A settlement conference will be held before the magistrate judge on April 24, 2008, at 1:00 p.m. The conference shall be conducted via telephone conference call to be initiated by the court.

Each party shall submit a confidential settlement statement to the Court no later than two days prior to the final settlement conference. The settlement statement shall not become a part of the file of the case, but shall be for the exclusive use of the Court in preparing for and conducting the settlement conference.

The settlement statement shall contain a specific recitation of the facts, a discussion of the strengths and weaknesses of the case, the parties' positions on settlement, including a present settlement proposal, and a report on settlement efforts to date. If not already part of the court file, copies of any critical agreements, business records, photographs or other documents or

exhibits shall be attached to the settlement statement.  The settlement statement should not be lengthy, but should contain enough information to be useful to the Court in analyzing the factual and legal issues in the case.  The parties are directed to be candid in their statements.

The settlement statement shall not be filed with the clerk, but shall be faxed (701-530-2325), e-mailed (ndd_J-Miller@ndd.uscourts.gov) or mailed (P.O. Box 670, Bismarck, North Dakota 58502-0670) to the court.  Copies of the settlement statement shall not be provided to the other parties in the case.

Counsel are directed to confer with their clients in advance of the conference to explore the parties' settlement positions, and the parties are encouraged to exchange settlement proposals prior to the conference.  These steps will enable the conference to progress more expeditiously.

Dated this 28th day of March, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge