**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Granite Re, Inc.; Pate Bonding, Inc.; Jonathan Pate; Waisada Espe; and Tom Lahl, <br><br> Plaintiffs, <br><br> vs. <br><br> Darrel Gustafson d/b/a Gustafson Oil and Propane and Turtle Mountain Tribal Court, <br><br> Defendants. | ) ) ) ) ) **ORDER OF DISMISSAL WITH PREJUDICE** ) ) ) ) ) Case No. 4:08-cv-013 ) ) ) ) ) |

Before the Court is a "Stipulation for Dismissal With Prejudice" filed on June 13, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 21) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 16th day of June, 2008.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court